**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Bellante,          )<br>             )<br>     Plaintiff,   )<br>             )<br>vs.           )<br>             )<br>             )<br>Monaco Coach Corp., et al,  )<br>             )<br>     Defendants.  )<br>_____) | No. CIV 06-1947-PHX-SMM<br><br>**ORDER** |

Having considered the request of Defendant Monaco Coach Corp. to allow its party representative to appear telephonically at the Rule 16 Preliminary Pretrial Conference on November 27, 2006, at 10:00 a.m. before this Court [Dkt. 19], and for good cause shown,

**IT IS ORDERED** that Defendant Monaco Coach Corp.'s out-of-state party representative may appear telephonically at the November 27th Rule 16 Conference. Monaco Coach Corp.'s representative shall call the Court on a clear telephone line at 9:55 a.m. Mountain Standard Time at 602-322-7555.

DATED this 5th day of October, 2006.

Stephen M. McNamee
United States District Judge