# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| JOSEPH BELLANTE,<br><br>              Plaintiff,<br><br>v.<br><br>MONACO COACH CORPORATION, el al.,<br><br>              Defendants. | No.  CV06-1947-PHX-SMM<br><br>**ORDER** |

      Pursuant to stipulation of the parties (Dkt. 21), and good cause appearing therefor,

      **IT IS HEREBY ORDERED** granting Defendant Ford Motor Company an extension of time, through and including November 7, 2006, to respond to Plaintiff's Request for Production, Request for Admission, and First Set of Interrogatories.

      DATED this 1st day of November, 2006.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge