**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Joseph Bellante, | ) | No. CIV 06-1947-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Monaco Coach Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Pending before the Court is the parties' Stipulation Re: Extension of Time for Defendant Ford Motor Company to Respond to Plaintiff's Request for Admission [Doc. No. 25].  After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED** the parties' Stipulation Re: Extension of Time for Defendant Ford Motor Company to Respond to Plaintiff's Request for Admission [Doc. No. 25] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Ford Motor Company shall respond to Plaintiff's Request for Admission by 5:00 p.m. Mountain Standard Time **on November 14, 2006**.

DATED this 9th day of November, 2006.

Stephen M. McNamee
United States District Judge