1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                     FOR THE DISTRICT OF ARIZONA

8

9    Joseph Bellante,                  )    No. CIV 06-1947-PHX-SMM
                                        )
10              Plaintiff,              )    **ORDER**
                                        )
11   vs.                                )
                                        )
12                                      )
     Monaco Coach Corp., et al,         )
13                                      )
                Defendants.             )
14                                      )
                                        )
15   _____  )

16        Pending before the Court is the parties' Amended Joint Stipulation to Dismiss with

17   Prejudice [Doc. No. 41].  Good cause appearing,

18        **IT IS HEREBY ORDERED** the parties' Amended Joint Stipulation to Dismiss with

19   Prejudice [Doc. No. 41] is **GRANTED**, and this matter is dismissed with prejudice, each

20   party to bear its own costs and attorneys' fees incurred in connection with this case.

21        **IT IS FURTHER ORDERED** that any pending motions and hearings in this matter

22   are hereby **VACATED**.

23        DATED this 6th day of April, 2007.

24

25

26

27                        _____
                               Stephen M. McNamee
28                             United States District Judge